UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:12-CR-00146-FDW

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | |
| | ) | **ORDER** |
| SYLVESTER CRUSE JR., | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Motion for Compassionate Release, (Doc. No. 180). Although the Government has responded to Defendant's prior Pro Se Motion for Compassionate Release, (see Doc. Nos. 168, 172, 173, 175), Defendant's most recent motion raises new arguments not yet addressed by the Government. Accordingly, the Court DIRECTS the Government to file a response to the Motion, (Doc. No. 180), within twenty-one days of this Order. Defendant shall have twenty-one (21) days after service of the Government's response to file a final reply brief.

**IT IS SO ORDERED.**

Signed: May 2, 2023

Frank D. Whitney
United States District Judge